IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

FILED
18 SEP -6 PM 3:38
SHARON L. OVINGTON
UNITED STATES
MAGISTRATE JUDGE

UNITED STATES OF AMERICA )
)
vs )   Case No. R0330167/OS10
)
)
KAYCE E. SLY

## ORDER CANCELING WARRANT AND TERMINATING PROBATION

Probation commenced December 3, 2003. Based on the recommendation of the U.S. Probation Officer and for good cause shown it is hereby ordered the warrant ordered March 13, 2008 be canceled and the defendant's term of probation terminated.

Dated this 6th day of September, 2018

_____
United States Magistrate Judge